AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

SOUTHERN **DISTRICT OF** TEXAS
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Isaias Anariba-Mejia

## CRIMINAL COMPLAINT

Case Number: M-19-770-M

IAE    YOB: 1979
**Honduras**
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 2, 2019** in **Hidalgo** County, in the **Southern** District of **Texas**

(*Track Statutory Language of Offense*)

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Isaias Anariba-Mejia was encountered by Border Patrol Agents near Mission, Texas on April 2, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 2, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on November 28, 2008 through New Orleans, Louisiana. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On October 20, 2008, the defendant was convicted of Burglary Third Degree and sentenced to two (2) years confinement with two (2) years suspended.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Sworn to before me and subscribed in my presence,

April 3, 2019  —3:03 p.A.

Juan F. Alanis, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Complainant
Kellen Meador    Senior Patrol Agent

Signature of Judicial Officer